UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 14 PM 2: 37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| THOMAS F. DONALDSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-cv2170-M1/V |
| ) | |
| FEDERAL EXPRESS CORPORATION ) | |
| d/b/a FEDEX EXPRESS, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF
### DISCOVERY DEADLINES AND ALL OTHER DEADLINES

Before the court is the Plaintiff's motion requesting a sixty-day (60) extension of the discovery and all other deadlines in this matter. For good cause shown, the motion is GRANTED. Accordingly, the deadlines are now established:

(1) Discovery Deadline: May 1, 2006

(2) Case-in-Chief Expert Disclosures: March 15, 2006

(3) Rebuttal Expert Disclosures: May 1, 2006

(4) Supplemental Expert Disclosures: June 1, 2006

(5) Expert Depositions: July 15, 2006

(6) Dispositve Motions: September 1, 2006

(7) Daubert Motions: September 1, 2006.

It is so ORDERED, this __13th__ day of December, 2005.

_____
Diane K. Vescovo
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP.   12-14-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:05-CV-02170 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Michael W. Higginbotham
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Richard R. Roberts
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT